MICHAEL BAILEY
United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2019 MAY 22  PM 4: 41

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-01336 TUC-JAS(MSD)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

  vs.

Alexandra Marian Reyes,
Counts 1, 2, 3, 4

Andres Alejandro Pacheco,
Count 5, 6

Gerardo Edmundoarnoldo Romero,
Count 5, 6

  Defendants.

INDICTMENT

Violations:

18 U.S.C. § 2(a)
(Aiding and Abetting the Commission of an Offense)
Counts 5, 6

18 U.S.C. § 922(a)(6)
(False Statements in Connection With Acquisition of Firearms)
Counts 3, 5

18 U.S.C. § 922(d)(1)
(Provide Firearm to Convicted Felon)
Counts 4, 6

18 U.S.C. § 924(a)(1)(A)
(False Statements in Records of Licensed Firearms Dealer)
Count 1, 2

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about July 19, 2018, at or near Tucson, in the District of Arizona, ALEXANDRA MARIAN REYES knowingly made a false statement and representation to BKM Guns Inc., doing business as Murphy's Guns & Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of

1  BKM Guns Inc., doing business as Murphy's Guns & Gunsmithing; in that ALEXANDRA
2  MARIAN REYES, in connection with the purchase of a firearm, stated that her address
3  was 7243 S. Camino Libertad, Tucson, Arizona, when this was not in fact her address; in
4  violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

6  On or about August 22, 2018, at or near Tucson, in the District of Arizona,
7  ALEXANDRA MARIAN REYES knowingly made a false statement and representation
8  to BKM Guns Inc., doing business as Murphy's Guns & Gunsmithing, licensed under the
9  provisions of Chapter 44, Title 18, United States Code, with respect to information required
10 by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of
11 BKM Guns Inc., doing business as Murphy's Guns & Gunsmithing; in that ALEXANDRA
12 MARIAN REYES, in connection with the purchase of a firearm, stated that her address
13 was 7243 S. Camino Libertad, Tucson, Arizona, when this was not in fact her address; in
14 violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

16 On or about August 22, 2018, at or near Tucson, in the District of Arizona,
17 ALEXANDRA MARIAN REYES, in connection with the acquisition of a firearm, that is;
18 one Glock model 17 9mm pistol, serial number AAGR116; from BKM Guns Inc., doing
19 business as Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the
20 meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and
21 fictitious written statement to BKM Guns Inc., which statement was intended to deceive
22 BKM Guns Inc. as to a fact material to the lawfulness of such sale of said firearm to
23 ALEXANDRA MARIAN REYES under Chapter 44, Title 18, United States Code; in that
24 ALEXANDRA MARIAN REYES stated that she was the actual transferee/buyer of said
25 firearm, when in fact she was acquiring it on behalf of another person; in violation of Title
26 18, United States Code, Sections 922(a)(6) and 924(a)(2).

28 ///

## COUNT 4

On or about August 22, 2018, at or near Tucson, in the District of Arizona, ALEXANDRA MARIAN REYES sold and otherwise disposed of a firearm, that is; one Glock model 17 9mm pistol, serial number AAGR116; to Miguel Leyva, knowing and having reasonable cause to believe that Miguel Leyva had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT 5

On or about August 23, 2018, at or near Tucson, in the District of Arizona, ANDRES ALEJANDRO PACHECO and GERARDO EDMUNDOARNOLDO ROMERO, in connection with the acquisition of a firearm, that is; one Glock model 19x 9mm pistol, serial number BHLY369; from BKM Guns Inc., doing business as Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to BKM Guns Inc., which statement was intended to deceive BKM Guns Inc. as to a fact material to the lawfulness of such sale of said firearm to ANDRES ALEJANDRO PACHECO under Chapter 44, Title 18, United States Code; in that ANDRES ALEJANDRO PACHECO stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring it on behalf of GERARDO EDMUNDOARNOLDO ROMERO, and GERARDO EDMUNDOARNOLDO ROMERO aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 6

On or about August 23, 2018, at or near Tucson, in the District of Arizona, ANDRES ALEJANDRO PACHECO sold and otherwise disposed of a firearm, that is; one Glock model 19x 9mm pistol, serial number BHLY369; to GERARDO EDMUNDOARNOLDO ROMERO, knowing and having reasonable cause to believe that GERARDO EDMUNDOARNOLDO ROMERO had been convicted in any court of a

crime punishable by imprisonment for a term exceeding one year, and GERARDO EDMUNDOARNOLDO ROMERO aided, abetted, counseled, commanded, induced, and procured such disposition of a firearm; in violation of Title 18, United States Code, Sections 2(a), 922(d)(1), and 924(a)(2).

A TRUE BILL

/s/
_____
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
Assistant U.S. Attorney

Dated:   May 22, 2019